

| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form |

④ ✓

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| UNITED STATES OF AMERICA | 2:06cv175-WKW |

| DEFENDANT | TYPE OF PROCESS |
|---|---|
| TWO THOUSAND ($2,000) DOLLARS IN UNITED STATES CURRENCY | NOTICE |

RECEIVED
2006 FEB 24 P 4:12
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT AL.

RECEIVED
2006 FEB 28 P 1:03
U.S. MARSHAL SERVICE
MIDDLE DIST. ALABAMA

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
MONTGOMERY ADVERTISER

ADDRESS (Street or RFD, Apartment No., City, State, and ZIP Code)
POST OFFICE BOX 1000 - MONTGOMERY, ALABAMA 36101

SEND NOTICE OF SERVICE TO REQUESTER AT NAME AND ADDRESS BELOW:

John T. Harmon
United States Attorney's Office
Assistant United States Attorney
Post Office Box 197
Montgomery, Alabama 36101-0197

Number of process to be served with this Form - 285 — 1
Number of parties to be served in this case —
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Address, All Telephone Numbers, and Estimated Times Available For Service)

CATS # 06-DEA-458735

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (334) 223-7280
DATE: 02/24/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. | Total Process No. | District of Origin No. 2 | District to Serve No. 2 | Signature of Authorized USMS Deputy or Clerk K. Chavers | Date 2/28/06 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☒ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc. at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below).

Name and title of individual served (If not shown above).

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 4/5/06   Time: 1:08 pm

Signature of U.S. Marshal or Deputy: K. Chavers

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount Owed to US Marshal or | Amount or Refund |
|---|---|---|---|---|---|---|
| 45.00 | | 8.00 | 53.00 | | | |

REMARKS: 3/7/06 c.m. # 7001 1140 0001 8579 6820
To be published 3/13, 3/20, 3/27/06
3/10/06 Received green card signed "Gary Edwards"
4/5/06 paid invoice

RETURNED AND FILED
APR - 6 2006
CLERK
U.S. DISTRICT COURT
MIDDLE DIST. OF ALA.

PRIOR EDITIONS MAY BE USED
FORM USM 285 (Rev. 12/15/80)

# ADVERTISING ORDER

| | ORDER NUMBER 06-DEA-458735 |
|---|---|
| DEPARTMENT OR ESTABLISHMENT, BUREAU OR OFFICE<br>U. S. Marshals Service | DATE 03/06/2006 |

The publisher of the publication named below is authorized to publish the enclosed advertisement according to the schedule below provided the rates are not in excess of the commercial rates charged to private individuals with the usual discounts. It is to be set solid, without paragraphing, and without and display in the heading unless otherwise expressly authorized in the specifications.

NAME OF THE PUBLICATION ADVERTISED IN
Montgomery Advertiser

| SUBJECT OF ADVERTISEMENT<br>Notice of Arrest and Seizure | EDITION OF PAPER ADVERTISEMENT APPEARED |
|---|---|
| NUMBER OF TIMES ADVERTISEMENT APPEARED<br>3 | DATE(s) ADVERTISEMENT APPEARED<br>March 13, March 20, March 27, 2006 |

SPECIFICATIONS FOR ADVERTISEMENT

COPY FOR ADVERTISEMENT

*[Advertisement copy: IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA NORTHERN DIVISION, UNITED STATES OF AMERICA, PLAINTIFF, v. TWO THOUSAND ($2,000) DOLLARS IN UNITED STATES CURRENCY, DEFENDANT. CIVIL ACTION NO. 2:06cv175-W. NOTICE OF ARREST AND SEIZURE. Notice is hereby given that the United States of America has filed a Complaint for Forfeiture In Rem and the Court has issued Warrant of Arrest In Rem for the forfeiture of the Defendant Two Thousand ($2,000) Dollars in United States currency, which was seized from Alex Williams on October 18, 2005, in Montgomery, Alabama. In order to avoid forfeiture of the Defendant Two Thousand ($2,000) Dollars in United States currency, any person claiming an interest in the Defendant currency must file a claim asserting that interest, in the manner set forth in Rule C(6) of the Supplemental Rules for Certain Admiralty and Maritime Claims, Federal Rules of Civil Procedure, except that such claim must be filed not later than 30 days after the date of service of the Complaint or, as applicable, not later than 30 days after the date of final publication of notice of the filing of the Complaint. In addition, any person having filed such a claim shall also file an Answer to the Complaint not later than 20 days after the filing of the claim, and shall serve and file the Verified Complaint with the Office of the Clerk, United States District Court for the Middle District of Alabama, One Court Square, Suite 201 (36104) Street, Montgomery, Alabama 36104, with a copy thereof sent to: John T. Harmon, Assistant United States Attorney, Office of the United States Attorney, Middle District of Alabama, One Court Square, Suite 201, Post Office Box 197, Montgomery, Alabama 36101-0197, (334) 223-7280. Additional procedures and regulations regarding this forfeiture action are found at Title 19, United States Code, Sections 1602-1619, and Title 21, Code of Federal Regulations, (C.F.R.), Sections...]*

| AUTHORITY TO ADVERTISE | INSTRUMENT OF ASSIGNMENT |
|---|---|
| NUMBER 3 | NUMBER |
| DATE | DATE March 6, 2006 |
| SIGNATURE OF AUTHORIZING OFFICIAL | TITLE U. S. Marshal |

## INSTRUCTIONS TO PUBLISHERS

Extreme care should be exercised to insure that the specifications for advertising to be set other than solid be definite, clear, and specific since no allowance will be made for paragraphing or display or leaded or prominent headings, unless specifically ordered, or for additional space required by the use of type other than that specified. Specifications for advertising other than solid and the advertisement copy submitted to the publisher will be attached to the voucher.

The following is a sample-- of solid line advertisement; set up in accordance with the usual Government requirements.

DEPARTMENT OF HIGHWAYS & TRAFFIC, D.C. Bids are requested for first spring 1966 cement concrete repair contract, including incidental work, Washington, D.C. Invitation No. C-5576-H, consist-ing of 11,000 sq. yds. PCC Class BB sidewalk repair and 2,000 cu. yds. PCC Class A pavement, alley, & driveway repair, both cut repairs only. Bidding ma- terial available from the Procurement Officer, D.C. Sealed bids to be opened in the Procurement Office at 8:00 p.m. November 15, 1965.

Your bill for this advertising order should be submitted on the "Public Voucher for Advertising" form, which is printed on the reverse of this form, immediately after the last publication of the advertisement. If copies of the printed advertisement are not available, complete the affidavit provided on the voucher. Submit the voucher and a copy of the printed advertisement to:

▶ U.S.M.S. One Church St. Ste A-100 Montgomery, AL 36104

**IMPORTANT**
Charges for advertising when a cut, matrix, stereotype or electrotype is furnished will be based on actual space used and no allowance will be made for shrinkage.

In no case shall the advertisement extend beyond the date and edition stated in this order.

*Betty Dennis*
*3-24-06*

My commission expires 11/06/20..