```
         IN THE UNITED STATES DISTRICT COURT
         FOR THE MIDDLE DISTRICT OF ALABAMA
                   NORTHERN DIVISION

UNITED STATES OF AMERICA,      :
                               :
          PLAINTIFF,            :
                               :
     v.                        :   CIVIL ACTION NO. 2:06cv175-W
                               :
TWO THOUSAND ($2,000) DOLLARS  :
IN UNITED STATES CURRENCY,     :
                               :
          DEFENDANT.            :
```

<u>MOTION FOR ENTRY OF DECREE OF FORFEITURE</u>

The United States OF America, by and through the United States Attorney for the Middle District of Alabama, respectfully moves this Honorable Court to enter a Decree of Forfeiture in the above-entitled action.

A memorandum in support of this motion is attached hereto. A proposed Decree of Forfeiture is also attached for the convenience of the Court.

Respectfully submitted this 12th day of May, 2006.

                        FOR THE UNITED STATES ATTORNEY
                              LEURA G. CANARY

                        <u>/s/John T. Harmon</u>
                        John T. Harmon
                        Assistant United States Attorney
                        Bar Number: 7068-II58J
                        Office of the United States Attorney
                        Middle District of Alabama
                        One Court Square, Suite 201 (36104)
                        Montgomery, Alabama 36101-0197
                        Telephone:(334) 223-7280
                        Facsimile:(334) 223-7560
                        E-mail: John.Harmon@usdoj.gov